# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISHMAEL GANGOO,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-227 |
| v. | : | (JUDGE MANNION) |
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for an Emergency Temporary Restraining Order, (Doc. 2), is **DENIED**;

**(2)** The plaintiff's case, (Doc. 1), is **DISMISSED**; and

**(3)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 21, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-227-01-ORDER.wpd